THE STATE OF KANSAS, *Appellee,* v. A. C. JACKSON AND JIMMY F. FOSTER, *Appellants.*

No. 47,456

*Kenneth M. Stevens,* of Wichita, argued the cause, and was on the brief for the appellants.

*Clifford L. Bertholf,* Assistant District Attorney, argued the cause, and *Vern Miller,* Attorney General, *Keith Sanborn,* District Attorney, and *James S. Gugleta,* Legal Intern, were with him on the brief for the appellee.

PRAGER, J. Affirmed.


DALE FRANCIS GOTTSCHALK, *Appellant,* v. SCHUMACHER BROTHERS CONSTRUCTION COMPANY, INC., and FEDERATED INSURANCE COMPANY, *Appellees.*

No. 47,550

Opinion filed March 1, 1975.

*Thomas C. Bonne,* of Hays, argued the cause, and was on the brief for the appellant.

*Edwin P. Carpenter,* of Turner, Chartered, argued the cause, and *Tom Kelley* and *Raymond L. Dahlberg,* of the same firm, were with him on the brief for the appellees.

PRAGER, J. Affirmed.


STATE OF KANSAS, *Appellee,* v. LARRY LANDGRAF, *Appellant.*

No. 47,558

Opinion filed April 5, 1975.

*Ray H. Calihan, Jr.,* of Calihan, Green, Calihan and Loyd, of Garden City, argued the cause, and *Ward E. Loyd,* of the same firm, was on the brief for the appellant.

*J. D. Muench,* special prosecutor, argued the cause, and *Curt T. Schneider,* attorney general, was with him on the brief for the appellee.

*Per Curiam:* Affirmed.

FROMME, J., not participating.